IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA M. MCDANIEL, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-00748-SWW |
| | * | |
| | * | |
| GRANDEUR FASTENERS, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

By Order entered December 3, 2013 [doc.#12], the Court directed *pro se* plaintiff Andrea M. McDaniel to file a report within fourteen (14) days of the date of entry of the Order setting forth the status of this action, including whether she does or does not desire that this action be dismissed.[1] The Court informed plaintiff that should she fail to file her report, the Court will dismiss this action without prejudice.

The time for plaintiff to file her status report has passed with no such report being filed.[2] Accordingly, the Court hereby dismisses this action without prejudice. The Court will enter judgment accordingly.

IT IS SO ORDERED this 30th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Grandeur Fasteners, Inc. (Grandeur) filed a motion to extend deadlines and for a continuance in which it stated that plaintiff has failed to respond to defense counsel's efforts to contact her and indicated to the Chief Financial Officer of Grandeur, her former employer, that she was no longer pursuing this employment discrimination action.

[2] Nor has plaintiff communicated with the Court in any other manner.