IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA M. MCDANIEL, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-00748-SWW |
| | * | |
| | * | |
| GRANDEUR FASTENERS, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this action be and it hereby is dismissed without prejudice.

IT IS SO ORDERED this 30th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE